**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 25-CR-305** |
| | : | |
| **DONTE HUNTER, CORNELIUS STALLWORTH, GEORGE PINKNEY, KHALIL SAEED, & DONTAY TABBS** | : | |

**ORDER**

AND NOW, this 24th day of November, 2026, upon consideration of Donte Hunter's and Cornelius Stallworth's Motions *in Limine* to preclude the admission of the April 24, 2025 statements of Clarence Tabbs to a confidential human source (Dkt. Nos. 261, 263) and the Government's response thereto (Dkt. No. 310), the following is hereby ORDERED:

1. Donte Hunter's and Cornelius Stallworth's Motions *in Limine* (Dkt. Nos. 261, 263) are DENIED, subject to the following qualifications:[1]

    a. Should the Government fail to establish by a preponderance of the evidence in its case-in-chief that a conspiracy existed and that the defendants were part of it, nothing in this Order precludes a defendant from moving to strike Clarence Tabbs's statements and requesting a curative instruction to the jury.

---

1 The remaining portions of Donte Hunter's Omnibus Motion is addressed in a separate order.

b. The following statement of Clarence Tabbs MAY NOT be admitted: "Because I got a record. I got a crazy record so. Anybody with a record bro I'm pretty sure they identified already."

2. George Pinkney's Motion *in Limine* to Join Co-Defendants' Motions *in Limine* & Preclude Statements of Co-Defendants as Hearsay (Dkt. No. 267) is GRANTED insofar as Pinkney seeks to join Donte Hunter's and Stallworth's Motions, but DENIED insofar as he requests preclusion of the statements in question.

3. Khalil Saeed's Motion *in Limine* to Preclude the Statements of Non-Testifying Co-Defendants and to Join Co-Defendants' Motions *in Limine* (Dkt. No. 273) is GRANTED insofar as Saeed seeks to join Donte Hunter's and Stallworth's Motions, but DENIED insofar as he requests preclusion of the statements in question and a pretrial hearing.

BY THE COURT:

GAIL A. WEILHEIMER, J.